UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ABEL GARCIA-PEREZ, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § § § § | Civil Case No. 7:23-CV-00137 |
| MARY GARZA, JESSICA CABRERA, RUBY SERNA, CRYSTAL MARTINEZ, CRYSTAL GARCIA and STEPHANIE MUTH, | | |
| Defendants. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the September 3, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Nadia S. Medrano. (Dkt. No. 32). Judge Medrano made findings and conclusions and recommended that Defendant's Motion to Dismiss, (Dkt. No. 19), be granted, (Dkt. No. 32).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Medrano's M&R, (Dkt. No. 32), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendant's Motion to Dismiss, (Dkt. No. 19), is **GRANTED**.

It is SO ORDERED.

Signed on September 25, 2025.

                                                    *Drew B. Tipton*
                                              **DREW B. TIPTON**
                                    **UNITED STATES DISTRICT JUDGE**