United States District Court
Southern District of Texas
**ENTERED**
September 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ABEL GARCIA-PEREZ, | § § § § | |
| Plaintiff, | | |
| VS. | § § § | Civil Case No. 7:23-CV-00137 |
| MARY GARZA, JESSICA CABRERA, RUBY SERNA, CRYSTAL MARTINEZ, CRYSTAL GARCIA and STEPHANIE MUTH, | § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, the Court finds that Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT**.

Signed on September 25, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**